37656. MIDLAND PROPERTIES COMPANY v. EVANS.
37657. SAVANNAH & ATLANTA RAILWAY COMPANY v. EVANS.
37658. MAYOR & ALDERMEN OF SAVANNAH v. EVANS.
37659. SAVANNAH ELECTRIC & POWER COMPANY v. EVANS.

NICHOLS, Judge. These cases are controlled by the decision in *Midland Properties Co.* v. *Farmer,* ante.
*Judgments affirmed. Gardner, P. J., Townsend, Carlisle, and Quillian, JJ., concur. Felton, C. J., dissents.*
DECIDED JUNE 24, 1959—REHEARING DENIED JULY 17, 1959.

*Hitch, Miller & Beckmann, Robert M. Hitch, John E. Simpson,* for Midland Properties Co. and Savannah & Atlanta Ry. Co.
*Oliver, Davis & Maner, Edwin Maner, Jr.,* for Mayor &c. of Savannah.
*Bouhan, Lawrence, Williams, Levy & McAlpin,* for Savannah Electric &c. Co.
*Odom & Odom, Myrick & Richardson,* contra.
FELTON, Chief Judge, dissenting. See dissenting opinion in *Midland Properties Co.* v. *Farmer,* ante.